```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| PATRICIA CAMPANILE, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE HANOVER INSURANCE COMPANY | : | NO. 25-3028 |

### ORDER

AND NOW, this 13th day of August, 2025, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of The Hanover Insurance Company to dismiss plaintiffs' bad faith claim (Count II) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (Doc. # 16) is GRANTED.

                              BY THE COURT:


                              /s/  Harvey Bartle III
                                                    J.