IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PATRICIA CAMPANILE, et al.      :        CIVIL ACTION
                                :
            v.                  :
                                :
THE HANOVER INSURANCE COMPANY   :        NO. 25-3028

ORDER

AND NOW, this 24th day of June 2026, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of the defendant Hanover Insurance Company for summary judgment (Doc. #39) is GRANTED.


                                BY THE COURT:


                                /s/  Harvey Bartle III
                                                        J.